JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.; MTC FINANCIAL INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | EDCV 15-816 PA (JEMx)<br><br>JUDGMENT |

    Pursuant to the Court's June 29, 2015 Minute Order granting the Motion to Dismiss filed by defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), which dismissed the federal claim asserted by plaintiff Juan Gonzalez ("Plaintiff") with prejudice, and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismissed those claims without prejudice,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claim for violation of the Truth in Lending Act and Regulation Z is dismissed with prejudice and Plaintiff's remaining state law claims are dismissed without prejudice.

//

//

//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2  nothing and that JPMorgan shall have its costs of suit.
3  IT IS SO ORDERED.

5  DATED: June 16, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-